AO 83 (Rev 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Fredericko Yolnzo Mobley (1)
c/o Craig Cascarano
Cascarano Law Office
150 South 5th Street, Suite 2860
Minneapolis, MN 55402

*Defendant*

Case No. 25-cr-459 MJD/DTS

**RECEIVED**
DEC 22 2025
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Pretrial Violation Petition  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition
[ ] Violation Notice  [ ] Order of Court

| Place: Diana E. Murphy U.S. Courthouse 300 South 4th Street Minneapolis, MN 55415 | Courtroom No.: 9E |
| --- | --- |
| | Before: Mag. Judge Shannon G Elkins |
| | Date and Time: December 22, 2025, at 3:00 PM |

This offense is briefly described as follows:

Count 1: Conspiracy to Distribute Cocaine, 21:841(a)(1), 841(b)(1)(A), and 846
Count 2: Conspiracy to Commit Money Laundering by Promotion and Concealment, 18:1956(h)
Counts 4-5: Engaging in Monetary Transactions with Property Derived from Drug Trafficking, 18:1957 and 2
Count 10: Possession with Intent to Distribute Cocaine, 21:841(a)(1) and 841(b)(1)(A)

Date: 12/16/2025

*Issuing Officer's signature*
Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

[X] Executed and returned this summons   [ ] Returned this summons unexecuted

Date: 12/19/2025

*Server's signature*

Nick Griffin, DUSM
*Printed name and title*

**SCANNED**
DEC 22 2025
U.S. DISTRICT COURT ST. PAUL

Case No. 25-cr-459 MJD/DTS

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)***

### INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

### PROOF OF SERVICE

This summons was received by me on *(date)* 12/16/2025.

☐ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* Paula Gruenke, legal assistant,
who is authorized to receive service of process on behalf of *(name of organization)* Cascarano
Law Office                               on *(date)* 12/19/2025      and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 12/19/2025

*Server's signature*

Nick Gnitka, DUSM
*Printed name and title*

Remarks: